B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re **Maria I. Zayas**  Case No. **10-34681**

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $321,424.00 | | |
| B - Personal Property | No | 5 | $13,659.00 | | |
| C - Property Claimed as Exempt | No | 2 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $670,200.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $31,686.00 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $3,697.49 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $3,654.00 |
| TOTAL | | 18 | $335,083.00 | $701,886.00 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re **Maria I. Zayas**　　　　　　　　　　　　　　　　　Case No.　**10-34681**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $3,697.49 |
| Average Expenses (from Schedule J, Line 18) | $3,654.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $4,701.50 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $336,826.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $31,686.00 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $368,512.00 |

B6F (Official Form 6F) (12/07)

In re **Maria I. Zayas**                                    Case No. **10-34681**
                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx-xxxxxx-x1006**<br>**American Express**<br>**P.O. Box 360002**<br>**Ft. Lauderdale, FL 33336-0002** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $8,189.00 |
| ACCT #: **xxxx5992**<br>**American Honda Finance**<br>**1220 Old Alpharetta Rd.**<br>**Alpharetta, CA 30005** | | - | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Auto Loan Deficiency**<br>REMARKS: | | | | $15,268.00 |
| ACCT #: **xxxx9195**<br>**Arrow Financial**<br>**7301 N. Lincoln Ave**<br>**#220**<br>**Lincolnwood, IL 60646** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for: GE Money Bank** | | | | Notice Only |
| ACCT #: **xxxx4567**<br>**Asset Acceptance LLC**<br>**P.O. Box 6500**<br>**Soiux Falls, SD  65053** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for: Ann Taylor** | | | | Notice Only |
| ACCT #: **xxxx7201**<br>**Cavalry Portfolio**<br>**P.O. Box 1030**<br>**Hawthorne, NY 10532** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for: Wells Fargo** | | | | Notice Only |
| ACCT #: **xxxxxxxx3711**<br>**Citi Financial**<br>**P.O Box 499**<br>**Hanover, MD 21076** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $3,055.00 |

Subtotal >   $26,512.00

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

_____**2**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Maria I. Zayas**                                    Case No. **10-34681**
                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx5294**<br>**FFCC**<br>PO Box 20790<br>Columbus, Ohio, 43220 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for: Medical** | | | | **Notice Only** |
| ACCT #: **xxxx xx.xx-xxx56-CA**<br>**Florida Default Law Group, P.L.**<br>P.O. Box 25018<br>Tampa, FL 33622 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxx2001**<br>**I.C. System, Inc.**<br>444 Hwy 96 E<br>POB 64887<br>St. Paul, MN 55164 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for: Medical** | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxxx6503**<br>**LTD Financial Services**<br>7322 SW Fwy<br>Ste 1<br>Houston, TX 77074 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $3,753.00 |
| ACCT #: **xxxxxxxxx3720**<br>**Macys**<br>P.O. Box 6938<br>The Lakes, NV 88901-6938 | | - | DATE INCURRED: **2007**<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $382.00 |
| ACCT #: **xxx7819**<br>**Medical Payment Data**<br>P.O. Box 1149<br>Sebring, FL 33871 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $30.00 |

Sheet no. __1__ of __2__ continuation sheets attached to                                    Subtotal >    $4,165.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                            Total >
                                        (Use only on last page of the completed Schedule F.)
                            (Report also on Summary of Schedules and, if applicable, on the
                                   Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Maria I. Zayas**  Case No. **10-34681**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx5293**<br>**Medical Payment Data**<br>**P.O. Box 1149**<br>**Sebring, FL 33871** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bills**<br>REMARKS: | | | | $6.00 |
| ACCT #: **xxxxxx2135**<br>**Midland Credit Management, Inc.**<br>**8875 Aero Drive, Ste 200**<br>**San Diego, CA 92123** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Collecting for: Beneficial** | | | | Notice Only |
| ACCT #: **xxxxxxxxx0856**<br>**Portfolio Recovery**<br>**120 Corporate Blvd**<br>**Suite 1**<br>**Norfolk, VA 23502** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xxxxx2494**<br>**The Bureaus Inc**<br>**1717 Central St**<br>**Evanston, IL 60201** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | Notice Only |
| ACCT #: **xxxxxxxx1872**<br>**Wells Fargo Bank**<br>**101 N Phillips Avenue**<br>**Sioux Falls, SD 57104** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card Purchases**<br>REMARKS: | | | | $1,003.00 |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** $1,009.00

**Total >** $31,686.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)